# Kaufhold Gaskin LLP
ATTORNEYS AT LAW

Steven S. Kaufhold
415.881.3189
skaufhold@kaufholdgaskin.com

485 Pacific Ave
San Francisco, CA 94133

January 27, 2022

**VIA ECF**
Honorable Phyllis J. Hamilton
1301 Clay Street
Courtroom 3 – 3rd Floor
Oakland, CA 94612

Re: *Nirvana Capital Limited et al v. Mobile Gaming Technologies, Inc. et al,.*
Case No. 4:18-cv-07483-PJH

Dear Judge Hamilton,

Pursuant to the Court's May 13, 2019 Order (Doc. No. 28), on behalf of the parties, we write to notify the Court that the final arbitration award for this matter has now been issued.

Respectfully submitted,

Dated:  January 27, 2022

/s/ Steven S. Kaufhold
KAUFHOLD GASKIN LLP
Steven S. Kaufhold (SBN 157195)
485 Pacific Ave.
San Francisco, CA 94133
Telephone: 415-881-3189
Email:  skaufhold@kaufholdgaskin.com
*Attorneys for Defendants*